**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50541 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-02203-LAB-1 |
| v. | |
| ALEXANDRO NECOCHEA-VALERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted August 1, 2013 [**]

Before:    GRABER, WARDLAW, and PAEZ, Circuit Judges.

Alexandro Necochea-Valera appeals from the district court's judgment and

challenges the 41-month sentence imposed following his guilty-plea conviction for

importation of marijuana, in violation of 21 U.S.C. §§ 952, 960.  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Contrary to Necochea's assertion, the district court did not clearly err in denying him a minor role adjustment under U.S.S.G. § 3B1.2(b). *See United States v. Hursh*, 217 F.3d 761, 770 (9th Cir. 2000) (denial of minor role adjustment not clear error where the defendant was the sole driver and occupant of a car in which a substantial amount of drugs were hidden).

**AFFIRMED**.